**People of the State of Illinois, Plaintiff-Appellee, v. Fred Roy Richmond and Robert Kenneth Sanders, Also Known as Robert Shambley, Defendants-Appellants.**

Gen. No. 68–120.

Second District.

March 24, 1969.

Rex F. Meilinger, of Aurora, for appellants; William R. Ketcham, State's Attorney of Kane County, of Elgin (W. Ben Morgan, Assistant State's Attorney, of counsel), for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.